**Frank B. LUCERO, Petitioner-Appellant,**

v.

**Wayne K. PATTERSON, Warden, Colorado State Penitentiary, Respondent-Appellee.**

No. 72–1133.

United States Court of Appeals,
Tenth Circuit.

April 7, 1972.

Duke W. Dunbar, Atty. Gen., John P. Moore, Deputy Atty. Gen., and Aurel M. Kelly, Asst. Atty. Gen., for appellee.

Charles T. Flett, Arvada, Colo., for appellant.

Before LEWIS, Chief Judge, and PICKETT and DOYLE, Circuit Judges.

PER CURIAM.

Upon initial screening this case was assigned to the summary calendar and notice was sent to the appellant. In addition, the appellee thereafter filed a motion to affirm which has been opposed by Lucero's attorney in a memorandum addressing the underlying merits. Nevertheless, we have now carefully and thoroughly reviewed the files and records in this case and are convinced that the judgment of the district court is correct.

Accordingly, the motion to affirm is granted and the judgment is affirmed for the reasons stated by the district court, reported at 335 F.Supp. 93 (D.C. Colo.1971).

**Joseph PARISI, Appellant,**

v.

**Major General Phillip B. DAVIDSON et al., Appellees.**

No. 25773.

United States Court of Appeals,
Ninth Circuit.

April 6, 1972.

Richard L. Goff (argued), Douglas M. Schwab, San Francisco, Cal., for appellant.

Steven Kazan, Asst. U. S. Atty. (argued), James L. Browning, Jr., U. S. Atty., San Francisco, Cal., for appellees.

ORDER OF REVERSAL
AND REMAND

Before HAMLEY, ELY and CARTER, Circuit Judges.

PER CURIAM.

This court's judgment in the subject cause, reported at 435 F.2d 299 (9th Cir. 1970), and affirming the judgment of the District Court, has now been reversed by the Supreme Court of the United States. Parisi v. Davidson, 405 U.S. 34, 92 S.Ct. 815, 31 L.Ed.2d 17 (1972).

Pursuant to the Supreme Court's mandate, filed in the office of the Clerk of this court on March 24, 1972, the judgment of the District Court is now reversed, and the cause is remanded to that court for further proceedings not inconsistent with the opinion of the Supreme Court.

So ordered.